United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 12-10740-ref
Harry T. Gordon                                                     Chapter 7
Nancy Gordon
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Cathleen            Page 1 of 1              Date Rcvd: Mar 30, 2017
                              Form ID: pdf900           Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 01, 2017.
db/jdb         #+Harry T. Gordon,    Nancy Gordon,    374 W. Walnut Tree Drive,    Blandon, PA 19510-9625
12792983        +RBS Citizens,    443 Jefferson Blvd,    RJW 135,   Warwick RI 02886-1321
12657841         RBS Citizens Bank,    100 Lafayette Gill,   Bridgeport, CT  06604

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 01, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 30, 2017 at the address(es) listed below:
              AMY B. GOOD    on behalf of Joint Debtor Nancy  Gordon agood@midpenn.org,   amy.beth.good@gmail.com
              AMY B. GOOD    on behalf of Debtor Harry T. Gordon agood@midpenn.org,   amy.beth.good@gmail.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor   BANK OF AMERICA, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              ROBERT H. HOLBER     trustee@holber.com,   rholber@ecf.epiqsystems.com
              STEPHEN G. WELZ    on behalf of Plaintiff Richard J Gordon sgwelz@welzlaw.com
              STEPHEN MCCOY OTTO    on behalf of Defendant Harry T. Gordon steve@sottolaw.com,
               info@sottolaw.com,no_reply@ecf.inforuptcy.com
              STEPHEN MCCOY OTTO    on behalf of Defendant Nancy  Gordon steve@sottolaw.com,  info@sottolaw.com,
               no_reply@ecf.inforuptcy.com
              STEPHEN MCCOY OTTO    on behalf of Joint Debtor Nancy  Gordon steve@sottolaw.com,
               info@sottolaw.com,no_reply@ecf.inforuptcy.com
              STEPHEN MCCOY OTTO    on behalf of Debtor Harry T. Gordon steve@sottolaw.com,   info@sottolaw.com,
               no_reply@ecf.inforuptcy.com
              THOMAS R. WASKOM    on behalf of Creditor   RBS CITIZENS N.A. kbell@hunton.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 11

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 7 |
| | : | |
| Harry T. Gordon | : | Bankruptcy No. 12-10740 |
| Nancy Gordon | : | |
| | : | |
| Debtor | : | |

**O R D E R**

**AND NOW**, upon consideration of the Motion to Restrict Access and Authorize Filing of Replacement Proof of Claim filed by **RBS Citizens**;

**AND**, the Court concluding that the subject Proof of Claim (including attachments) fails to comply with Fed. R. Bankr. P. 9037;

It is therefore **ORDERED** that:

1. This Motion is **GRANTED**.

2. The Clerk **SHALL PROHIBIT PUBLIC ACCESS to Claim Number 4-1 on the Claims Register forthwith**.

3. **RBS Citizens** shall file redacted copies of the documents(s) identified in Paragraph 2 above within 14 days from the date of the entry of this Order.

**Date: March 30, 2017**

_____
UNITED STATES BANKRUPTCY JUDGE