SAT-19010 0313-4 pdf900 12-10740
STEPHEN MCCOY OTTO
833 N. Park Road
Suite 102
Wyomissing, PA  19610

*12 - 10740*

012116  12116 1 AB 0.400  19510  0 8  8264-1-12509

Harry T. Gordon
Nancy Gordon
374 W. Walnut Tree Drive
Blandon, PA 19510-9625

**Mr. & Mrs. Harry T Gordon**
**514 Harvest Drive**
**Blandon, PA 19510**



# ATTENTION: ADDRESS CORRECTION REQUESTED

If you are receiving this notice, U.S. Postal Service records indicate that the address that the *debtor* listed is subject to a forwarding order.  Forwarding orders are only good for a limited time.

| IF YOU ARE THE INTENDED NOTICE RECIPIENT, | IF YOU ARE THE DEBTOR/DEBTOR'S COUNSEL |
|---|---|
| Update your address immediately with the Bankruptcy Court identified on the notice pursuant to the Court's local procedures. | 1. Find an updated address and send the attached document to that address. |
| | 2. Update the address with the Bankruptcy Court pursuant to the Court's local procedures. |
| *CURRENT ADDRESS:*<br><br>**Mr. & Mrs. Harry T Gordon**<br>**514 Harvest Drive**<br>**Blandon, PA 19510** | |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                          :     Chapter 7
                                                :
Harry T. Gordon                                 :     Bankruptcy No. 12-10740
Nancy Gordon                                    :
                                                :
        Debtor                                  :

### ORDER

**AND NOW**, upon consideration of the Motion to Restrict Access and Authorize Filing of

Replacement Proof of Claim filed by **RBS Citizens**;

**AND**, the Court concluding that the subject Proof of Claim (including attachments) fails

to comply with Fed. R. Bankr. P. 9037;

It is therefore **ORDERED** that:

1.  This Motion is **GRANTED**.

2.  The Clerk **SHALL PROHIBIT PUBLIC ACCESS to Claim Number 4-1 on the**

    **Claims Register forthwith**.

3.  **RBS Citizens** shall file redacted copies of the documents(s) identified in Paragraph 2

    above within 14 days from the date of the entry of this Order.

**Date: March 30, 2017**

_____
UNITED STATES BANKRUPTCY JUDGE